

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-83,344-01

**EX PARTE JESSE RAY ROSE, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. B11690-1
### IN THE 198TH DISTRICT COURT FROM KERR COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated robbery and was sentenced to eighty years' imprisonment.

On July 1, 2015, this Court remanded this application to the trial court for findings of fact and conclusions of law. On July 21, 2015, the trial court signed findings of fact and conclusions of law that were based on the affidavit from trial counsel. The trial court recommended that relief be denied.

Based on the trial court's findings of fact as well as this Court's independent review of the entire record, we deny relief.

Filed: September 16, 2015
Do not publish